NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLIE JEFFERY, SR.,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2021-1868

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 19-3374, Judge Coral Wong Pietsch.

---

**JUDGMENT**

---

KENNETH H. DOJAQUEZ, Carpenter Chartered, Topeka, KS, for claimant-appellant. Also represented by JOHN D. NILES.

MATTHEW JUDE CARHART, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BRIAN M. BOYNTON, MARTIN F. HOCKEY, JR., ELIZABETH MARIE HOSFORD; CHRISTINA LYNN

GREGG, BRIAN D. GRIFFIN, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and CHEN, *Circuit Judges*).

## AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

February 10, 2022         /s/ Peter R. Marksteiner
    Date                      Peter R. Marksteiner
                              Clerk of Court